AMERICAN SCOTTI CORPORATION and S. A. SCOTTI & C., OF MONZA, ITALY, Appellants, v. HENRY POLLAK, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., dissents and votes to reverse and deny motion on the ground that the Trading with the Enemy Act prohibits prosecution of the action during the duration of the war. Untermyer, J., dissents and votes to affirm, without prejudice to an application to the court when the case is called for trial for a stay of the trial on the claim of the plaintiff S. A. Scotti & C., of Monza, Italy, against the defendant in accordance with the Trading with the Enemy Act.

DALLAS S. TOWNSEND and Others, Respondents, v. BURR & Co., INC., Appellant, and RUSSELL MAGUIRE & Co., INCORPORATED, Additional Defendant. DALLAS S. TOWNSEND and Others, Respondents, v. BURR & Co., INC., and BOND & GOODWIN, INCORPORATED, Appellants, and RUSSELL MAGUIRE & Co., INCORPORATED, Additional Defendant.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ARNOLD R. HANSON and S. WELLMER HANSON, Appellants, v. LLOYD K. LARSON and Others, Respondents.— Order, so far as appealed from, unanimously modified by granting, in addition to the items allowed, items 6, 7, 9 and 11 and item 8 up to and including the words " actual market price," and to direct production of the books specified pursuant to section 296 of the Civil Practice Act, and as so modified affirmed, with twenty dollars costs and disbursements to the appellants. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

W. STANLEY BROWN and DANIEL E. FINN, JR., v. CHARLES SIMONTON McCAIN, as President of DILLON, READ & Co., a New York Joint Stock Association.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

RITA DONOHUE v. INTERBOROUGH NEWS Co.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of ARTHUR W. NEWELL and ANNIE S. NEWELL, Stockholders in the PATHE FILM CORPORATION, for the Appointment of Appraisers to Appraise the Value of Their Stock.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HARRY KIRSCHNER v. CENTER HOTEL, INC., and ANESTILL HOTEL CORP., Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; O'Malley, J., taking no part.